Appeal dismissed, without costs, upon stipulation filed.

THERASSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Action by Louis F. Therasson against Nellie V. Thompson. No opinion. Judgment affirmed, with costs. See, also, 153 N. Y. Supp. 1147.

THIEL DETECTIVE SERVICE CO., Appellant, v. W. J. BURNS INTERNATIONAL DETECTIVE AGENCY, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Thiel Detective Service Company against the W. J. Burns International Detective Agency. P. Boyle, of New York City, for appellant. F. W. Jackson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMAS BREEN CO., Appellant, v. MONARCH VENTILATOR CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by the Thomas Breen Company against the Monarch Ventilator Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held: (1) That the court at Special Term had power to allow the amendment and no abuse of discretion has been shown. (2) That this order does not prejudice the plaintiff's right to move for a discontinuance of the action upon proper terms, if so advised.

TIEDEMANN, Respondent, v. TIEDEMANN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Gertrude E. Tiedemann against Rudolph E. Tiedemann. Rockwood & Haldane, of New York City, for appellant. L. R. Brilles, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 156 N. Y. Supp. 109.

TIETZ, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Francis D. Tietz against William Williams, Commissioner, etc., and others. H. R. Limburg, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondents. No opinion. Order (155 N. Y. Supp. 612) affirmed, with $10 costs and disbursements. Order filed.

TOLTEC MEXICAN OIL CO. v. EAST COAST OIL CO., S. A. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the Toltec Mexican Oil Company against the East Coast Oil Company, S. A. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 166 App. Div. 923, 151 N. Y. Supp. 1147.

TOWN OF CORTLANDT v. NEW YORK CENT. R. CO. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by the Town of Cortlandt against the New York Central Railroad Company. No opinion. Reargument ordered, and case set down for Thursday, November 11, 1915.

TOWNSEND, Respondent, v. PERRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Frank B. Townsend against Ezekiel C. Perry and others. No opinion. Motion to amend order of modification and affirmance (154 N. Y. Supp. 1147), entered July 7, 1915, so as to make same more definite as to what costs are to be paid as a condition of granting new trial, denied, with $10 costs. Order entered October 8th.

TRACY, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Frank M. Tracy against Allen T. Stone. No opinion. Judgment unanimously affirmed, with costs.

TREIB & BRODSKY, Inc., v. NORTH. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Treib & Brodsky, Incorporated, against George A. F. North.

PER CURIAM. Controversy determined in favor of plaintiff and against defendant, and judgment directed accordingly, without costs, upon the ground that, under authority of De Peyster v. Murphy, 66 N. Y. 622, Lathers v. Keogh, 109 N. Y. 583, 17 N. E. 131, and Doonan v. Killilea, 87 Misc. Rep. 427, 149 N. Y. Supp. 832, affirmed simultaneously herewith, it must be held that the assessment installments due after the closing day were nevertheless, upon that day, an incumbrance within the meaning of the contract.

THOMAS, J., not voting.

TRICOZZI, Respondent, v. NEW YORK Cent. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by John Tricozzi, an infant, by Vincenzo Tricozzi, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1144.

TRICOZZI, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by John Tricozzi, an infant, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 N. Y. Supp. 1144.

TRICOZZI v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by John Tricozzi, an infant, by Vincenzo Tricozzi, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See, also, 155 N. Y. Supp. 1144.